UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY STANTON,<br><br>       Plaintiff,<br><br>v.<br><br>METRO CORP.<br><br>       Defendant. | CIVIL ACTION NO. 04-10751-NG |

ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO AMENDED COMPLAINT

Defendant Metro Corp. hereby moves to extend the time within which it may answer or otherwise respond to the plaintiff's Amended Complaint up to and including May 3, 2004.

**The plaintiff Stacey Stanton, through her attorney, has assented to this motion.**

As grounds for this motion, the defendant states as follows:

1. Additional time is required in order to investigate and respond to the allegations in this Amended Complaint.

2. Because of the work and vacation schedules of counsel, the defendant requires an additional three weeks, up to and including Monday, May 3, 2004, to respond to the Complaint.

3. Counsel to the plaintiff has assented to this motion.

WHEREFORE, the defendants request up to and including May 3, 2004 to answer or otherwise respond to plaintiff's Amended Complaint.

                METRO CORP.

                By its attorneys,

                Robert A. Bertsche, BBO #554333
                David E. Plotkin, BBO #644858
                PRINCE, LOBEL, GLOVSKY & TYE LLP
                585 Commercial St.
                Boston, MA 02109
                (617) 456-8018

Assented to:

STACEY STANTON

By her attorney,

John Donohue
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 02608
(508) 755-5225

Dated: April 14, 2004