UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STACEY STANTON,<br><br>      Plaintiff,<br><br>v.<br><br>METRO CORP,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-10751-NG<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND TIME
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff Stacey Stanton and defendant Metro Corp. hereby move, jointly, to extend the time within which Metro Corp. must answer or otherwise respond to the plaintiff's Amended Complaint up to and including June 2, 2004. Because plaintiff may file a motion to remand this case to state court, the parties seek to extend time for the filing of defendant's anticipated motion to dismiss until after the motion to remand has been decided.

As grounds for this motion, the parties state as follows:

1.    Plaintiff filed the Amended Complaint on or about March 12, 2004, in Massachusetts Superior Court, Worcester County. Service was made on defendant's resident agent on March 16, 2004.

2.    On April 13, 2004, defendant removed the action to this Court.

3.    On April 14, 2004, defendant filed an Assented-to Motion to Extend Time to Respond to Amended Complaint. This Court allowed the motion on April 15, 2004, thereby extending the time for a response until today, May 3, 2004.

1

4. Plaintiff is considering bringing a motion to remand the action to Massachusetts Superior Court.

5. The parties respectfully suggest that, if plaintiff brings a motion to remand, it is in the interests of the parties and the Court, for the sake of efficiency, that the motion to remand be determined before defendant's anticipated motion to dismiss is filed.

WHEREFORE, the parties respectfully request that defendant be given up to and including June 2, 2004 to answer or otherwise respond to plaintiff's Amended Complaint.

| STACEY STANTON | METRO CORP. |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ John P. Donohue (RAB) | /s/ Robert A. Bertsche |
| John P. Donohue, BBO #567008 | Robert A. Bertsche, BBO #554333 |
| FULLER, ROSENBERG, PALMER & BELIVEAU, LLP | David E. Plotkin, BBO #644858 |
| 340 Maine Street | PRINCE, LOBEL, GLOVSKY & TYE LLP |
| Suite 817 | 585 Commercial St. |
| Worcester, MA 01608 | Boston, MA 02109 |
| (508) 751-5128 | (617) 456-8018 |

Dated: May 3, 2004

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 5/3/04

/s/ Robert A. Bertsche

2