UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY STANTON,<br><br>      Plaintiff,<br><br>v.<br><br>METRO CORP.,<br><br>      Defendant. | CIVIL ACTION NO. 04-10751-NG |

ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO AMENDED COMPLAINT

Defendant Metro Corp. hereby moves to extend the time within which it may answer or otherwise respond to the plaintiff's Amended Complaint up to and including June 4, 2004.

**The plaintiff Stacey Stanton, through her attorney, has assented to this motion.**

As grounds for this motion, the defendant states as follows:

1. Two additional days' time is required in order to finalize the motion to dismiss the Amended Complaint.

2. Because of the work schedule of counsel, the defendant requires an additional two days, up to and including Friday, June 4, 2004, to respond to the Complaint.

3. Counsel to the plaintiff has assented to this motion.

WHEREFORE, the defendant requests up to and including June 4, 2004 to answer or otherwise respond to plaintiff's Amended Complaint.

        METRO CORP.

        By its attorneys,

        _____
        Robert A. Bertsche, BBO #554333
        David E. Plotkin, BBO #644858
        PRINCE, LOBEL, GLOVSKY & TYE LLP
        585 Commercial St.
        Boston, MA  02109
        (617) 456-8018

Assented to:

STACEY STANTON

By her attorney,

_____
John Donohue, BBO #567008
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA  02608
(508) 755-5225

Dated:  June 2, 2004