UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>     **STANTON**     </u>
            **Plaintiff**

V.

<u>     **METRO CORP.**     </u>
            **Defendant**

**CIVIL ACTION**

NO. <u>  04cv10751NG  </u>

## **O R D E R**

<u>  GERTNER      D.J.  </u>

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

By The Court,

<u>  /s/ Jennifer Filo        </u>
Deputy Clerk

Date: <u> 6/16/2004  </u>

Copies to:      Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)          [divtranout.]