UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-10751-NG

STACEY STANTON
    Plaintiff

v.

METRO CORP.,
    Defendant

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6 (b), the plaintiff, Stacey Stanton, respectfully requests that the Court allow for an extension of time within which the plaintiff may respond to the defendant's Motion to Dismiss up to an including July 20, 2004. The defendant, Metro Corp., through their attorney, has assented to this motion.

As grounds for the motion, the plaintiff states as follows:

1. The plaintiff requires additional time to review and respond to the issues raised by the Motion to Dimiss; including a recent decision of this Court dated May 28, 2004 (Albright v. Morton, No. 02-11458, slip op. (D.Mass May 28, 2004).

2. Counsel for the defendant has assented to this motion.

Wherefore, the plaintiff requests an extension of time up to and including July 20, 2004, to respond to the plaintiff's Motion to Dismiss.

Stacey Stanton
By Her Attorney

*/s/ John P. Donohue*

John P. Donohue, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP.
340 Main Street, Suite 817
Worcester, Massachusetts 01608
Tel. No. (508) 751-5128
BBO # 567008

Dated:

Assented to:
Metro Corp
By It's Attorney

*/s/ Robert A. Bertsche*

Robert A. Bertsche, Esquire
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA   02109
(617) 456-8018