UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10751

STACEY STANTON
    Plaintiff

v.

METRO CORP.,
    Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The plaintiff, Stacey Stanton, respectfully requests that the Court deny the Defendant's Motion to Dismiss as the Plaintiff's two count Amended Complaint has set forth claims upon which relief can and should be granted.

Accepting (as the Court must) the well pleaded and specific allegations of the Plaintiff's Amended Complaint as true, and drawing all inferences therefrom in favor of the Plaintiff, the Defendant's motion should be denied. By placing the Plaintiff's photograph as the centerfold of the Defendant's article on teenage promiscuity, the Plaintiff has been defamed by the Defendant. By making the Plaintiff a poster girl for modern youthful sexual indiscretion, the Defendant has violated the Plaintiff's right against unreasonable, substantial and serious interference with her privacy in violation of M.G.L. Ch. 214, Section 1B.

At this stage, it is by no means "clear that no relief could be granted under any set of facts that could be proved consistent with the allegations," and therefore, the Defendant's Motion to Dismiss must be denied. See Hishon v. King and Spaulding, 467 U.S. 69, 73 (1984).

Please see the Plaintiff's Memorandum of Law attached hereto.

Respectfully submitted,
The Plaintiff, Stacey Stanton
By Her Attorney:

John P. Donohue, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP.
340 Main Street, Suite 817
Worcester, MA  01608
Tel. No. (508) 751-5128
BBO # 567008

Dated: July 20, 2004

## Local Rule 7.1(A)(2) Certificate

I, John P. Donohue, counsel for the plaintiff, hereby certify in accordance with Local
Rule 7.1(A)(2) that I have conferred with plaintiff's counsel about the subject of this motion and
have attempted in good faith to resolve or narrow the issues addressed herein.

John P. Donohue, Esquire

## CERTIFICATE OF SERVICE

I, John P. Donohue, Esquire, do hereby certify that a true copy of the above document
was served upon the attorney of record for each other party by mail on July 20, 2004.

John P. Donohue, Esquire