UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY STANTON,<br><br>                Plaintiff,<br><br>     v.<br><br>METRO CORP.,<br><br>                Defendant. | Civ. Action No. 04-10751-FDS |

### NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for the defendant, Metro Corp., along with Robert A. Bertsche, who has already appeared.

*/s/ Amy E. Serino*
Amy E. Serino, BBO #643664
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: December 31, 2004