UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-10751-FDS

STACEY STANTON
    Plaintiff

v.

METRO CORP.,
    Defendant

## PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO TRANSFER ACTION TO THE EASTERN DIVISION OF THE DISTRICT OF MASSACHUSETTS

Plaintiff, Stacey Stanton, respectfully requests that the Court deny the Defendant's Motion to Transfer this action to the Eastern Division of the District of Massachusetts. The arguments set forth on behalf of the Defendant do not establish "good cause" to void the Plaintiff's choice of forum and transfer this action from the Central Division to the Eastern Division pursuant to Local Rule 40.1(F) and 28 U.S.C. §1404(a).

Without "good cause" to override the plaintiff's choice of forum, the plaintiff respectfully requests that the Defendant's Motion to Transfer be **DENIED**.

Please see attached hereto Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer.

                Respectfully submitted,
                Stacey Stanton,
                By Her Attorney,

By: _____
John P. Donohue, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP.
340 Main Street, Suite 817
Worcester, Massachusetts 01608

Dated: January 18, 2005      Tel. No. (508) 751-5128, BBO # 567008

## CERTIFICATION OF SERVICE

I, John P. Donohue, Esquire, do hereby certify that a true copy of the above document was served upon the attorney of record for the defendants in hand at the United States District Court, Central Division, this date:

Robert Bertsche, Esquire
Prince, Lobel, Glovsky & Tye, LLP
Attorneys At Law
585 Commercial Street
Boston, MA 02109

Dated : January 18, 2005

                                              John P. Donohue, Esquire