UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STACEY STANTON,

        Plaintiff,

v.

METRO CORP.,

        Defendant.

Civ. Action No. 04-10751-FDS

## NOTICE OF WITHDRAWAL

Please withdraw my appearance as counsel for Metro Corp. because I have left the employment of the defendant's counsel, Prince Lobel, Glovsky & Tye LLP. Robert A. Bertsche and Amy E. Serino of Prince, Lobel, Glovsky & Tye LLP remain as counsel to defendant Metro Corp. in this action.

                                          Thomas L. Douglas (BBO #659069)
                                          MURRAY, PLUMB & MURRAY
                                          75 Pearl Street
                                          P.O. Box 9785
                                          Portland, ME 04102
                                          (207) 773-5651

Dated: January __, 2005