UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 10  P 1: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STACEY STANTON, | |
| Plaintiff, | |
| v. | Civ. Action No. 04-10751-FDS |
| METRO CORP., | |
| Defendant. | |

### NOTICE OF WITHDRAWAL

Please withdraw my appearance as counsel for Metro Corp. because I have left the employment of the defendant's counsel, Prince Lobel, Glovsky & Tye LLP. Robert A. Bertsche and Amy E. Serino of Prince, Lobel, Glovsky & Tye LLP remain as counsel to defendant Metro Corp. in this action.

_____
Thomas L. Douglas (BBO #659069)
MURRAY, PLUMB & MURRAY
75 Pearl Street
P.O. Box 9785
Portland, ME 04102
(207) 773-5651

Dated: January 26, 2005