# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Stacey Stanton,**
       **Plaintiff,**

      V.

**Metro Corporation,**
       **Defendant,**

CIVIL ACTION

NO. **04-10751-FDS**

## ORDER OF DISMISSAL

**SAYLOR, D. J.**

In accordance with the Court's Memorandum and Order dated **3/7/05**, allowing the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                              By the Court,

  **3/8/05**                                        **/s/ Martin Castles**
    Date                                           Deputy Clerk

(Dismmemo.ord - 09/92)                                                                    [odism.]