UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

STACEY STANTON,
    Plaintiff,
v.                             CIVIL ACTION NO.:
                                   04-10751-FDS

METRO CORP.,
    Defendant,

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Stacey Stanton, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 1st Circuit from an Order of Dismissal of the Plaintiff's Complaint entered in this action on the 8th day of March, 2005.

                                              The Defendant

                                              By: /s/ John P. Donohue

                                              John P. Donohue, Esquire
                                              Fuller, Rosenberg, Palmer & Beliveau, LLP
                                              340 Main Street, Suite 817
                                              Worcester, Massachusetts 01608
                                              Tel. No. (508) 751-5128
                                              BBO # 567008

Dated: April 6, 2005

FILING FEE PAID:
RECEIPT # 404517
AMOUNT $ 255.00
BY DPTY CLK KH
DATE 4-6-05