# United States Court of Appeals
## For the First Circuit

No. 05-1552

Stacey Stanton,

Plaintiff, Appellant,

v.

Metro Corporation,

Defendant, Appellee.

**JUDGMENT**

Entered: February 23, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court is reversed insofar as it dismissed Stanton's defamation claim arising out of the juxtaposition of her photograph and the text of the article, and the case is remanded for further proceedings consistent with the opinion issued this day.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/17/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[certified copies: Honorable F. Dennis Saylor, Sarah A. Thornton, Clerk United States District Court for the District of Massachusetts]

[cc: John P. Donahue, Esq., Robert A. Bertsche, Esq., Amy E. Serino, Esq.]