UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY STANTON,<br><br>                     Plaintiff,<br>v.<br><br>METRO CORP.,<br><br>                     Defendant. | Civil Action No. 04-10751-FDS |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

Defendant Metro Corp. and its counsel hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

1. They have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. They have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| COUNSEL TO METRO CORP. | METRO CORP. |
|---|---|
| *[signature]* | By its Executive Vice President |
| Robert A. Bertsche (BBO #554333)<br>Amy E. Serino (BBO #643664)<br>PRINCE, LOBEL, GLOVSKY & TYE LLP<br>100 Cambridge Street<br>Boston, MA 02114<br>(617) 456-8018<br>(617) 456-8100 (fax) | *[signature]*<br>Daniel E. Scully Jr. |

Dated: May 8, 2006