UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-10751-FDS

STACEY STANTON
    Plaintiff
v.

METRO CORP.,
    Defendant

### CERTIFICATION PURSUANT TO L.R. 16.1(d)(3)

In accordance with Local Rule 16.1 (D)(3), I, John P. Donohue, state that I have conferred with my client, Stacey Stanton, regarding litigation costs and litigation alternatives.

        Counsel for plaintiff,
        Stacey Stanton,


        /s/ John P. Donohue
        Fuller, Rosenberg, Palmer & Beliveau, LLP.
        340 Main Street, Suite 817
        Worcester, Massachusetts 01608
        Tel. No. (508) 751-5128
        BBO # 567008

Dated: