UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STACEY STANTON,**<br><br>                           **Plaintiff,**<br><br>           v.<br><br>**METRO CORP.,**<br><br>                          **Defendant.** | Civ. Action No.  04-10751-FDS |

## NOTICE OF CHANGE OF ADDRESS

TO:  THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that effective April 14, 2006, the address of counsel for the defendant, Metro Corp., has changed as listed below.

                                              Respectfully submitted,
                                              METRO CORP,
                                              By their attorneys,


                                                    /s/ Robert A. Bertsche
                                              Robert A. Bertsche, BBO # 554333
                                              Amy E. Serino, BBO # 643664
                                              Prince, Lobel, Glovsky & Tye LLP
                                              100 Cambridge Street, Suite 2200
                                              Boston, MA 02114
                                              (617) 456-8000

Dated:  May 18, 2006

> I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on   May 18, 2006.
>
>       /s/ Robert A. Bertsche
>       Robert A. Bertsche