UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-10751-FDS

STACEY STANTON
Plaintiff
v.

METRO CORP.,
Defendant

### AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, Stacey Stanton, hereby files Defendant's Offer of Judgment and Plaintiff's Notice of Acceptance of Offer of Judgment, together with proof of service as required under the rule. Plaintiff respectfully requests that the Court now enter judgment against Defendant and in favor of Plaintiff in the amount of $45,000.00 as set forth in the Offer of Judgment.

Respectfully submitted,
Plaintiff-Appellant,
Stacey Stanton

By: *[signature]*
John P. Donohue, Esquire
BBO # 567008
Fuller, Rosenberg, Palmer & Beliveau, LLP.
340 Main Street, Suite 817
Worcester, Massachusetts 01608
Tel. No. (508) 751-5128
Dated:

## CERTIFICATE OF SERVICE

I, John P. Donohue, Esquire, do hereby certify that true copies of the above documents were served first class mail and certified mail upon :

Robert Bertsche, Esquire
Amy E. Serino, Esquire
Prince, Lobel, Glovsky & Tye, LLP
Attorneys At Law
100 Cambridge Street
Boston, MA   02114

_____
John P. Donohue, Esquire

Dated: 10/17/06