UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY STANTON,<br><br>      Plaintiff,<br>v.<br><br>METRO CORP.,<br><br>      Defendant. | Civ. Action No. 04-10751-FDS |

## OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, defendant Metro Corp. hereby offers to allow judgment in the amount of forty-five thousand dollars ($45,000), inclusive of interest, attorney's fees, and costs, to be entered against Metro Corp. in favor of the plaintiff in full satisfaction of all of the plaintiff's claims against Metro Corp. in the above-captioned action. In accordance with Rule 68, if the plaintiff does not accept this Offer within 10 days after it is served, the Offer shall be deemed withdrawn and evidence thereof is not and will not be admissible except in a proceeding to determine costs. In the event that plaintiff does not accept this Offer within that 10-day time period and the plaintiff subsequently fails to obtain a Judgment, exclusive of interest from the date of this Offer, which is more favorable than the Offer contained herein, Metro Corp. shall be entitled to recover from the plaintiff its costs incurred from the date of this Offer.

METRO CORP.
By its attorneys,

_____
Robert A. Bertsche (BBO #554333)
Amy E. Serino (BBO #643664)
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street
Boston, MA 02114
(617) 456-8018
(617) 456-8100 (fax)

Dated: October 3, 2006

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~first-class~~, prepaid, ~~United States~~ ~~mail~~ on October 3, 2006.

*overnight delivery,*

_____
Robert A. Bertsche