UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-10751-FDS

STACEY STANTON
Plaintiff
v.

METRO CORP.,
Defendant

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF
### OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, Stacey Stanton, hereby accepts the Offer of Judgment tendered in the amount of $45,000.00 as set forth in the Rule 68 Offer of Judgment.

Respectfully submitted,
Plaintiff,
Stacey Stanton

By: _____
John P. Donohue, Esquire
BBO# 567008
Fuller, Rosenberg, Palmer & Beliveau, LLP.
340 Main Street, Suite 817
Worcester, Massachusetts 01608
Tel. No. (508) 751-5128
Dated:

## CERTIFICATE OF SERVICE

I, John P. Donohue, Esquire, do hereby certify that true copies of the above documents were served first class mail and certified mail upon :

Robert Bertsche, Esquire
Amy E. Serino, Esquire
Prince, Lobel, Glovsky & Tye, LLP
Attorneys At Law
100 Cambridge Street
Boston, MA   02114

_____
John P. Donohue, Esquire

Dated: 10.4.06