UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stacy Stanton,
        Plaintiff,

    v.                                  CIVIL ACTION NO. 04-10751-FDS

Metro Corp.,
        Defendant,

## JUDGMENT IN A CIVIL CASE

Saylor, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

X    **IT IS ORDERED AND ADJUDGED: in accordance with the defendant's, Metro Corp., Offer of Judgment dated 10/3/06, and the plaintiff's acceptance of said offer, that judgment be entered in favor of the plaintiff, Stacy Stanton, against the defendant, Metro Corp., in the amount of $45,000.00.**

                                          TONY ANASTAS, CLERK

Dated: 10/20/06                  /s/ Martin Castles
                                   ( By ) Deputy Clerk